```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06506
   NICOLE C BROWN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7780


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/11/2007 and was confirmed 07/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

      The case was dismissed after confirmation 11/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IN SECURED VEHIC   5955.34           167.78        5955.34
WELLS FARGO FINANCIAL IN UNSECURED       NOT FILED            .00            .00
AAA CHECKMATE            UNSECURED       NOT FILED            .00            .00
ACTIVITY COLLECTION SVC  UNSECURED          205.00            .00            .00
AIS SERVICES LLC         UNSECURED          420.00            .00          18.37
AMERICAS FL              UNSECURED          966.51            .00          42.28
AMERICAN COLLECTION      UNSECURED         3409.75            .00         149.17
ASSET ACCEPTANCE LLC     UNSECURED          420.00            .00          18.37
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED        10259.23            .00         448.82
BARONS CREDITORS SERVICE UNSECURED       NOT FILED            .00            .00
BARRY SEROTA & ASSOCIATE UNSECURED       NOT FILED            .00            .00
JPMORGAN CHASE BANK      NOTICE ONLY     NOT FILED            .00            .00
BROTHER LOAN & FINANCE C UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1409.91            .00          61.68
ROUNDUP FUNDING LLC      UNSECURED         1267.61            .00          55.46
CAPITAL ONE              UNSECURED         6244.49            .00         273.19
CAPITAL ONE              UNSECURED         1797.69            .00          78.65
CAPITAL RECOVERY         UNSECURED       NOT FILED            .00            .00
CCB CREDIT SERVICE INC   UNSECURED       NOT FILED            .00            .00
THE CASH STORE           NOTICE ONLY     NOT FILED            .00            .00
CERTEGY PAYMENT RECOVERY NOTICE ONLY     NOT FILED            .00            .00
CHEX SYSTEMS COLLECTION  NOTICE ONLY     NOT FILED            .00            .00
CHECK PLUS SYSTEMS LP    UNSECURED       NOT FILED            .00            .00
CHECK PLUS SYSTEMS LP    UNSECURED       NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         8032.90            .00         351.42
CLEAR CHECK              NOTICE ONLY     NOT FILED            .00            .00
COOK COUNTY STATES ATTY  UNSECURED       NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT UNSECURED       NOT FILED            .00            .00
CROSS CHECK              UNSECURED       NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSECURED         3596.59            .00         157.33
ER SOLUTIONS INC         UNSECURED          321.77            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06506 NICOLE C BROWN
```

```
ROUNDUP FUNDING LLC        UNSECURED         692.72              .00           20.79
GEMB LUNDSTROM             UNSECURED         208.80              .00             .00
GENESIS FINANCIAL PAYMEN   UNSECURED      NOT FILED              .00             .00
GOGGINS & LAVINTMAN        UNSECURED      NOT FILED              .00             .00
HARRIS                     UNSECURED      NOT FILED              .00             .00
PELLHENNINGS               NOTICE ONLY    NOT FILED              .00             .00
ECAST SETTLEMENT CORP      UNSECURED         195.71              .00             .00
PENTAGROUP FINANCIAL       NOTICE ONLY    NOT FILED              .00             .00
ILLINOIS LENDING GROUP     UNSECURED         487.64              .00           21.34
ILLINOIS LENDING CORP      UNSECURED        2018.67              .00           88.31
JEFFERSON CAPITAL SYSTEM   UNSECURED        1232.27              .00           53.90
NCO FINANCIAL SERVICES     UNSECURED      NOT FILED              .00             .00
NCO FINANCIAL SERVICES     UNSECURED      NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED              .00             .00
RISCUITY                   UNSECURED      NOT FILED              .00             .00
INSTANT CASH ADVANCE       NOTICE ONLY    NOT FILED              .00             .00
ROBERT M WOLFBERG ESQ      UNSECURED      NOT FILED              .00             .00
SIR FINANCE                UNSECURED        1292.00              .00           56.51
SPECIFIED CREDIT ASSOC     UNSECURED      NOT FILED              .00             .00
THE LOAN MACHINE           NOTICE ONLY    NOT FILED              .00             .00
TELECHECK                  UNSECURED      NOT FILED              .00             .00
ROUNDUP FUNDING LLC        UNSECURED         735.67              .00           22.08
THE RECOVERY SERVICES      NOTICE ONLY    NOT FILED              .00             .00
UNITED COMPUCRED           UNSECURED      NOT FILED              .00             .00
UNITED COMPUCRED           UNSECURED      NOT FILED              .00             .00
USA PAYDAY LOANS           UNSECURED      NOT FILED              .00             .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00             .00
COMMONWEALTH EDISON        UNSECURED         244.52              .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1471.67              .00           64.38
SPRINT-NEXTEL CORP         UNSECURED         360.56              .00           15.78
CLEARCHECK                 UNSECURED        1113.17              .00           48.70
BANK OF AMERICA NA         UNSECURED        1722.08              .00           75.38
COTTONWOOD FINANCIAL LTD   UNSECURED        1126.94              .00           49.31
TERRI M LONG               NOTICE ONLY    NOT FILED              .00             .00
US EMPLOYEES CU            UNSECURED        4385.41              .00          191.86
US EMPLOYEES CU            UNSECURED         519.96              .00           15.61
US EMPLOYEES CU            UNSECURED         304.20              .00             .00
CREDIT INTERNATIONAL COR   UNSECURED         736.45              .00           22.10
AT & T WIRELESS            NOTICE ONLY    NOT FILED              .00             .00
GLEASON & GLEASON LLC      DEBTOR ATTY     2,500.00                          2,500.00
TOM VAUGHN                 TRUSTEE                                             842.34
DEBTOR REFUND              REFUND                                              110.82

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 11,977.07


              PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06506 NICOLE C BROWN
```

```
PRIORITY                                                              .00
SECURED                                                          5,955.34
    INTEREST                                                       167.78
UNSECURED                                                        2,400.79
ADMINISTRATIVE                                                   2,500.00
TRUSTEE COMPENSATION                                               842.34
DEBTOR REFUND                                                      110.82
                                       ---------------     ---------------
TOTALS                                       11,977.07           11,977.07
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/24/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE